**11/13/2015**

**McDonald, Joe Don**     **Tr. Ct. No. CR12488**

**COA No. 02-14-00113-CR**

**PD-0385-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

> 2ND COURT OF APPEALS CLERK
> DEBRA SPISAK
> 401 W. BELKNAP, STE 9000
> FORT WORTH, TX 76196
> * DELIVERED VIA E-MAIL *